O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE J. KELLY,<br><br>              Plaintiff,<br><br>   vs.<br><br>E.M. YETT, ET AL.,<br><br>             Defendants. | CASE NO. CV 09-03774 JFW (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the Report and adopts its findings and recommendations.

DATED: March 10, 2010

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE