O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE J. KELLY, | ) | CASE NO. CV 09-03774 JFW (RZ) |
|         Plaintiff, | ) | |
| | ) | JUDGMENT |
|   vs. | ) | |
| E.M. YETT, ET AL., | ) | |
|         Defendants. | ) | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed for failure to prosecute.

DATED: March 10, 2010

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE